ACCEPTED
03-15-00240-CR
6596443
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 10:40:26 AM
JEFFREY D. KYLE
CLERK

No. 03-15-0240-CR

| | | |
|---|---|---|
| TRACY LARANCE GORDON | * | IN THE THIRD JUDICIAL DISTRICT |
| | * | |
| VS. | * | COURT OF APPEALS |
| | * | |
| THE STATE OF TEXAS | * | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 10:40:26 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant in the above entitled and numbered cause and files this Motion for Extension of Time to File this brief herein and, in support hereof, would respectfully show the Court as follows:

I.

Appellant was convicted of the offense of Burglary of a Habitation (Habitual Offender) in the 426th Judicial District Court of Bell County, Texas, in Cause No. 71,792 on March 19, 2015, his punishment was assessed on March 19, 2015, at Life in the Texas Department of Criminal Justice, Institutional Division.

II.

A Motion for New Trial was/ was not filed. Appellant filed his written Notice of Appeal on March 24, 2015, and the undersigned attorney was appointed to represent him on Appeal on March 31, 2015. The Statement of Facts was filed in this Court on July 21, 2015, and Appellant's brief is due on August 21, 2015.

III.

This is Appellant's First Motion for Extension of Time to file his brief herein.

IV.

The undersigned court-appointed attorney for Appellant will be unable to complete his brief herein for filing by the due date because of his extensive trial and appellate schedule. Counsel has a time consuming criminal practice in both felonies and misdemeanors. This appeal will be combined with two (2) other convictions received by Appellant on felony charges in the same court on the same day. In addition, counsel has many court appearances, consultations with clients, and other matters he deals with on a daily basis;

V.

Appellant herein requests an extension of thirty (30) days to file his brief herein which is a reasonable and necessary delay.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that this Motion be granted and that the Court order that his brief be filed herein on September 21, 2015.

Respectfully Submitted,

/s/ Troy C. Hurley
TROY C. HURLEY
Attorney for Appellant
P.O. Box 767
312 East Central Avenue
Belton, TX 76513
(254) 939-9341
FAX (254) 939-2870
SBA No. 10312000

CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing motion was delivered to the District

Attorney's Office of Bell County, Texas, in Belton, Texas, on this 21st day of August, 2015.


/s/ Troy C. Hurley
Troy C. Hurley
Attorney at Law




CERTIFICATE OF SERVICE UPON APPELLANT

I, the undersigned court-appointed counsel for Appellant on Appeal; hereby certify that a

true and correct copy of the above and foregoing Motion for Extension of time to File Appellant's

Brief has been served upon the Appellant by depositing same, properly addressed to him:

TRACY LARANCE GORDON
TDCJ No. 01990081
Polunsky Unit
3872 FM 350 South
Livingston, Texas 77351

in the United States Mail on this the 21st day of August, 2015.


/s/ Troy C. Hurley
Troy C. Hurley
Attorney at Law

CERTIFICATE OF SERVICE UPON
<u>STATE PROSECUTING ATTORNEY</u>

This is to certify that a true and correct copy of the above and foregoing Motion hereof was served upon the State's Prosecuting Attorney, counsel for the State of Texas, at Austin, Texas, by addressing same, postage paid, to:

STATE PROSECUTING ATTORNEY
Post Office Box 12405
Austin, Texas 78711

and depositing it in the United States Mail.

SIGNED this the 21st day of August, 2015.

/s/ Troy C. Hurley
Troy C. Hurley
Attorney at Law
SBA No.10312000